■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN WALKER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered July 1, 1981, convicting him of robbery in the first degree (two counts), criminal use of a firearm in the first degree

and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed. (See *People v Lane,* 56 NY2d 1; *People v Jenkins,* 50 NY2d 981; *People v Peterson,* 35 NY2d 659; *People v Hallingquest,* 79 AD2d 1010.) Mollen, P. J., Titone, Thompson and Weinstein, JJ., concur.